UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  MACDONALD, MARK ANDREW
  Debtor(s)

CASE NO. 02-65973 JPK

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3. Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4. Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED: May 13, 2010

By: /s/ Stacia L. Yoon
STACIA L. YOON, TRUSTEE #16933-53
Genetos Retson Yoon & Molina LLP
8585 Broadway, Suite 480
Merrillville, IN 46410
Telephone: (219) 755-0401
bankruptcy@grymlaw.com

**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Regular Mail:
John S. Dull, PO BOX 14058, , Merrillville, IN 46411-4058
MACDONALD, MARK ANDREW, 1045 EASY ST UNIT C CROWN POINT, IN 46307-2895
Mark A. MacDonald, 2146 Azelea Drive, Highland, IN 46322
T-Mobile PO BOX 742596 Cincinnati, OH 45274

| Printed: 05/13/10 01:10 PM | **Claims Distribution Small Checks** | Page: 1 |

**Trustee: Stacia L. Yoon, Chapter 7 Trustee  (340450)**

Case:  02-65973  -  MACDONALD, MARK ANDREW

| Account No. | Check No. | Issued | | | | Amount | Amount | Paid | Small |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | Filed | Allowed | to Date | Payment |
| 9200021967266 | 10148 | 05/13/10 | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $2.17 |
| | | 43 | 08/13/08 | 620 | T-Mobile | 8.00 | 8.00 | 2.17 | 2.17 |
| | | | | | P.O. Box 742596 | | | | |
| | | | | | Cincinnati, OH 45274 | | | | |

(*) Denotes objection to Amount Filed