UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  MACDONALD, MARK ANDREW
  Debtor(s)

CASE NO. 02-65973 JPK

NOTICE OF DEPOSIT OF UNCLAIMED FUNDS
TO UNITED STATES BANKRUPTCY COURT
CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE:   J.  Phillip Klingeberger

Comes now Stacia L. Yoon, Trustee, and applies to the Court as follows:

1. I am the duly appointed Trustee and, as such, hold unclaimed property of this estate.

2. Pursuant to FRBP 3010, the following is a list of all known names and addresses of the entities that are entitled to be paid from the remaining property of the estate and the amounts that they are owed:

| | |
|---|---|
| Advanced Pain Centers, LLC<br>6910 North Main Street #32<br>Granger, IN 46530 | $ 265.97 |
| Ameritech (SBC)<br>Bill Payment Center<br>Chicago, IL 60663-0001 | $ 31.18 |
| AT & T Broadband<br>P.O. Box 173884<br>Denver, CO 80217-3885 | $ 219.60 |
| Best Buy Co., Inc.<br>Corporate Headquarters<br>P.O. Box 9312<br>Minneapolis, MN 55440-9312 | $ 189.78 |
| Circuit City<br>P.O. Box 100044<br>Kenneshaw, GA 30156-9244 | $ 230.99 |
| Community Physician Billing<br>P.O. Box 348<br>Hobart, IN 46342 | $ 29.28 |
| Diagnostic Specialties Center<br>P.O. Box 36770<br>Canton, OH 44735 | $ 263.25 |

| | |
|---|---|
| Elder-Beerman<br>P.O. Box 740623<br>Cincinnati, OH 45274-0623 | $    81.33 |
| First North American National Bank<br>P.O. Box 830007<br>Baltimore, MD 21283-0007 | $  255.12 |
| Prudential Partners<br>Mr. Greg Price<br>7727 West 75th Avenue<br>Schererville, IN 46375 | $1,897.79 |

    3.    Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

DATED:    September 9, 2010            By: /s/ Stacia L. Yoon
                                                STACIA L. YOON, TRUSTEE #16933-53
                                                Genetos Retson & Yoon LLP
                                                8585 Broadway, Suite 480
                                                Merrillville, IN 46410
                                                Telephone: (219) 755-0401
                                                bankruptcy@grymlaw.com

**DISTRIBUTION:**
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Stacia L. Yoon, bankruptcy@grymlaw.com
Advanced Pain Centers, LLC, 6910 North Main Street, #32, Granger, IN 46530
Ameritech (SBC), Bill Payment Center, Chicago, Il 60663-0001
AT&T Broadband, P.O. Box 173885, Denver, CO 80217-3885
Best Buy Co., Inc., Corporate Headquarters, P.O. Box 9312, Minneapolis, MN 55440-9312
Circuit City, P.O. Box 100044, Kenneshaw, GA 30156-9244
Community Physician Billing, P.O. Box 348, Hobart, IN 46342
Diagnostic Specialties Center, P.O. Box 36770, Canton, OH 44735
Elder-Beerman, P.O. Box 740623, Cincinnati, OH 45274-0623
First North American National Bank, P.O. Box 830007, Baltimore, MD 21283-0007
Prudential Partners, Mr. Greg Price, 7727 West 75th Avenue, Schererville, IN 46375